# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MACY LEDET, INDIVIDUALLY AND
ON BEHALF OF CULLEN
ALEXANDER MCDANIEL AND FIONA
ELLENDER MCDANIEL

NO.  2022 CW 0579

VERSUS

FOREST RIVER, INC. D/B/A
DYNAMAX, ABC INSURANCE
COMPANY, LOUISIANA
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT AND/OR STATE
OF LOUISIANA

**AUGUST 29, 2022**

---

In Re:    Louisiana Department of Transportation and Development
          and/or State of Louisiana, applying for supervisory
          writs, 17th Judicial District Court, Parish of
          Lafourche, No. 142276.

---

**BEFORE:    McDONALD, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** After a de novo review, we find that the
plaintiffs, Macy Ledet, Individually and on Behalf of Cullen
Alexander McDaniel and Fiona Ellender McDaniel, failed to allege
any factual basis to support a cause of action against the State
of Louisiana and Louisiana Department of Transportation and
Development. Accordingly, the April 6, 2022 ruling of the
district court denying the peremptory exception of no cause of
action filed by the State of Louisiana and Louisiana Department
of Transportation and Development is reversed, and the exception
of no cause of action is sustained. This matter is remanded to
the district court with instructions to allow plaintiffs the
opportunity to amend their petition to state a cause of action,
if possible, within a delay deemed reasonable by the district
court pursuant to La. Code Civ. P. art. 934.

                         JMM
                         JEW
                         GH

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COUR